| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | STEPHANIE M. STOKMAN<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

FILED
May 25, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WESLEY TSUKAMOTO et al.,<br>Defendant. | CASE NO. 1:21-CR-00115-DAD-BAM<br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

The Indictment in this case, having been sealed by Order of the Court on April 29, 2021, and it appears that it no longer need remain secret as to the listed defendants,

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the attached redacted Indictment in this case, and the docket as to defendant Rick Lee Hutchinson be unsealed and made public record.

Dated: May 25, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ Stephanie M. Stokman*
STEPHANIE M. STOKMAN
Assistant United States Attorney

|     |     |
| --- | --- |
| 1   | IN THE UNITED STATES DISTRICT COURT FOR THE |
| 2   | EASTERN DISTRICT OF CALIFORNIA |

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00115-DAD-BAM |
| --- | --- |
| Plaintiff, | |
| v. | ORDER TO UNSEAL INDICTMENT |
| WESLEY TSUKAMOTO et al., | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the redacted version of the Indictment filed on April 29, 2021, and docket pertaining to defendant Rick Lee Hutchinson, be unsealed and become public record.

DATED: May 25, 2021

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE