RICHARD BESHWATE, SBN 179782
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICK HUTCHINSON,<br><br>Defendant. | Case No. 1:21-CR-00115 NODJ-BAM<br><br>STIPULATION AND ORDER TO<br>CONTINUE CHANGE OF PLEA HEARING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD BESHWATE, JR, attorney for Defendant RICK HUTCHINSON and STEPHANIE STOKMAN, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for Monday October 23, 2024, at 10:00 a.m. shall be continued until December 17, 2024, at 9:00a.m.

The parties are continuing to negotiate the plea agreement, and more time is needed to review, research and discuss the information with Mr. Hutchinson.

The parties stipulate and agree that the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: October 16, 2024                                Respectfully submitted,

                                              \s\ Richard A. Beshwate
RICHARD BESHWATE
Attorney for Defendant,
RICK HUTCHENSON

Dated: October 16, 2024                                Respectfully submitted,

                                              \s\Stephanie Stokman
Stephanie Stokman
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED that the change of plea hearing is continued from October 23, 2024, to **December 17, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court also sets a status conference for **December 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. If the parties file the plea agreement in advance of December 11, 2024, the Court will vacate the status conference.

IT IS SO ORDERED.

Dated:   **October 17, 2024**                    /s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE